# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

SUFI Network Services, Inc.     v.     United States

No. 16-1761

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se     ☒ As counsel for: SUFI Network Services, Inc.
Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant

☒ Appellant    ☐ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant     ☐ Respondent or appellee

| | |
|---|---|
| Name: | Frederick W. Claybrook, Jr. |
| Law Firm: | Crowell & Moring, LLP |
| Address: | 1001 Pennsylvania Ave., NW |
| City, State and Zip: | Washington, D.C. 20004 |
| Telephone: | (202) 624-2695 |
| Fax #: | (202) 628-5116 |
| E-mail address: | RClaybrook@crowell.com |

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☒ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 5/13/1991

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only): ☐ Yes    ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date April 8, 2016     Signature of pro se or counsel /s/ Frederick W. Claybrook, Jr.

cc: _____

Reset Fields

# CERTIFICATE OF SERVICE

I certify that I have this 8th day of April 2016 electronically filed the foregoing with the Clerk of the Court for the U.S. Court of Appeals for the Federal Circuit by using the appellate CM/ECF system, which will send notice of such filing via e-mail to all parties by operation of the Court's electronic filing system, including the following individual:

>Douglas T. Hoffman, Trial Attorney
>Civil Division, Commercial Litigation Branch
>United States Department of Justice
>1100 L Street, N.W., Room 12036
>Washington, D.C.  20005
>douglas.t.hoffman@usdoj.gov

  /s/ Brian Tully McLaughlin
Brian Tully McLaughlin